**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICE KING, LEWIS KING, GLEN YOSHIOKA, DYLAN WALL, SARA WHITE, and AMERICAN MARRIAGE MINISTRIES, a Washington non-profit corporation,<br><br>Defendants. | **No. 2:19-CV-00301-RSL**<br><br>**DECLARATION OF BRIAN WOZENIAK WITH PLAINTIFF'S OPPOSITION TO DEFENDANT AMM'S MOTION TO COMPEL PRODUCTION OF DATA AND DOCUMENTS**<br><br>*Date Noted: Friday, May 8, 2020* |

I, Brian Wozeniak, declare and state as follows:

1. I am over the age of 18 years of age, am competent to testify, and make this declaration from facts within my personal knowledge.

2. I am the Chief Technology Officer for Plaintiff Universal Life Church Monastery Storehouse ("*ULC Monastery*"). I have worked for ULC Monastery since early 2014.

3. For certain websites ULC Monastery operates, it has Google Analytics accounts. "***Google Analytics***" is a web analytics service offered by Google that tracks and reports website traffic. It provides certain statistics, data, or information about a website or particular webpages



PUGET SOUND BUSINESS & LITIGATION
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 374-8500

one operates. The data available is limited to some extent to what Google makes available, and Google also retains certain data for itself which is not available to the end users. Further, some data is not already organized or sorted, and thus cannot simply be "provided" or exported or printed. Instead, one with knowledge of the interface has to explore in the interface and change settings, paraments, dimensions, metrics, and other criteria to find the data one may be wanting to see. Depending on the data sought and the parameters and specifics, creating a report can take a short period of time or several hours.

**AMM.com Domain and Website**

4. Beginning approximately early 2014, ULC Monastery began hosting a website for the domain "americanmarriageministries.com" ("*AMM.com*"). After the first approximate six months, the content on the site has been one page, the substance of which has essentially been the text of a ruling by a Judge from the District of Columbia.

5. ULC Monastery did initially have a Google Analytics account for the AMM.com site, however after the content on the site had been changed to one page, some of the existing content, including the Google Analytics tracker, was moved to theuniversallifechurch.org. Thus, since the change, the current version of the AMM.com website has no Google Analytics tracker. Any Google Analytics data for the AMM.com website would only be reliable and likely correct before the change to one page. After the change to being one page, data for theuniversallifechurch.org was effectively being recorded, and not for the AMM.com site.

6. While the website at AMM.com did allow one to become ordained on the same site, all ordination data was sent behind the scenes to themonastery.org to be stored in its database. One could not make purchases, directly on the AMM.com, instead it referred to themonastery.org



PUGET SOUND BUSINESS & LITIGATION
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 374-8500

for any purchases. So, with regards to ordination data or purchases, ULC Monastery cannot provide this information via the AMM.com Google Analytics account that the AMM seeks.

7. If anyone visiting the AMM.com site felt compelled to make purchases, one would then have to navigate to another site. Since I have worked for the ULC Monastery and up until recently, the only website on which anyone could make purchases from the ULC Monastery was on the main website, themonastery.org. Recently, one could choose to make purchases from ULC Monastery through two additional websites: getordained.org and ulc.org.

8. To try to identify those who accessed the AMM.com site and then made a purchase on themonastery.org, the methods and/or tools available would be to look at the referral traffic to themonastery.org via its Google Analytics account, or alternatively to access archived databases for themonastery.org and to perform queries to find associated data. However, the data between these two methods would likely overlap, and would probably be impossible to distinguish from each other. Looking in themonastery.org's Google Analytics account at referral traffic from the AMM.com website one could associate that website traffic to ordinations and/or purchases. By "referral", it would be those that linked from the AMM.com site to themonastery.org.

9. Using Google Analytics for themonastery.org site, ULC Monastery created a custom report to show the referral traffic from the AMM.com domain to themonastery.org on which one could become ordained and make purchases. It was created last July 2019, and provides the number of logged in users (not being tracked, and thus shows 0), number of sessions (in this case would be the number of referrals), bounce rate, pages per session, number of transactions, and total amount of the purchases ministers made (approximately $3,000 through July 28, 2019). AMM questioned me about this report when it deposed me on April 29, 2020.



PUGET SOUND BUSINESS & LITIGATION
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 374-8500

10. After my deposition, I created similar custom reports to show the referral traffic from the AMM.com domain to the other two ULC Monastery websites getordained.org and ulc.org on which one could become ordained and, of recently, make purchases. I understand those were provided to AMM. The reports show no referral traffic to either of those two websites, and thus no ordinations or purchases. It took me approximately 1 hour to create those reports.

**<u>13 Other Webpages</u>**

11. At some point last year (2019), I recall making efforts to help locate any ULC Monastery webpages that at some point contained the phrase "american marriage ministries." When AMM deposed me on April 29, 2020, I provided them the sources I searched.

12. As I understand it, ULC Monastery's search located 13 total pages:

(i) https://www.universallifechurch.org/2014/09/10/five-things-to-know-about-online-ordinationfor-weddings/ (published Sept. 2014, archived Jan. 2015)

(ii) https://theuniversallifechurch.org/2012/05/boosting-your-internet-ministry/ (May 2012)

(iii) https://theuniversallifechurch.org/2014/06/ru-paul-performs-wedding/ (published Sept. 2014)

(iv) https://theuniversallifechurch.org/tag/ru-paul-american-marriage-ministries/ (no archive available)

(v) https://theuniversallifechurch.org/2014/05/perform-wedding-ceremony/ (published Sept. 2014)

(vi) https://www.ulc.org/ulc-blog/american-marriage (published Sept. 2014)

(vii) https://www.ulc.org/training/american-marriage (published July 2018)

(viii) https://getordained.org/training/american-marriage (published July 2018)

(ix) https://getordained.org/blog/ties-bind-fill-marriage-license (published Sept. 2014)

(x) https://getordained.org/blog/tennessee-faces-backlash-over-law-barring-weddings-by-onlineministers (July 2019)



PUGET SOUND BUSINESS & LITIGATION
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 374-8500

(xi) https://www.themonastery.org/training/american-marriage (Sept. 2018)

(xii) https://www.themonastery.org/training/ordination/are-online-ordinations-legal (Sept. 2018)

(xiii) https://www.themonastery.org/training/ordination/what-is-ordination (Sept. 2018)

13. Reports using Google Analytics were created to show that traffic and total purchases for the time frame of January 1, 2010 through April 21, 2020. As to the first page [(i)], ULC Monastery does not have Google Analytics for the website where the page is located. Thus, I can only look at the referral traffic from this webpage to any of the three ULC Monastery websites on which one can become ordained and make purchases. I understand those were provided to AMM.

14. As to the latter four pages [(ii)-(v)], ULC Monastery has a Google Analytics account for the website on which those pages exist. However, after spending time attempting to create custom reports here, and additional time in diagnosing potential issues with settings, it was apparent that something is either wrong with the account or data and that custom reports are not working correctly resulting in zero numbers which are not consistent with standard reports on the same account. Thus, only standard reports were created. I understand those were provided to AMM, and AMM questioned me about them during my deposition.

15. As to the latter eight pages [(vi)-(xiii)], ULC Monastery has Google Analytics accounts for the websites on which those pages exist. I spent time to create three different custom reports within Google Analytics for each of those eight pages.

16. The initial reports for each of the eight webpages reflected the visitors who landed on that specific page, meaning the first webpage the user accessed on the entire website, as well as any subsequent total purchases made when that happened. The reports provide the Google



PUGET SOUND BUSINESS & LITIGATION
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 374-8500

Analytics data for the number of page views, average time spent on page, the number of transactions (many were zero), and total amount of purchases (again, many were zero). AMM questioned me about these at my deposition.

17. After my deposition, I investigated in the Google Analytics interface to try and determine if there was a way to capture the visitors who at any point accessed any of those eight webpages above [(vi)-(xiii)], and not just via initially landing there, and of those, who ultimately navigated through the website to make a purchase. I was able to create two additional custom reports to show those visitors for each of the eight pages (16 total reports). It took me approximately 10 hours for that investigation and to create the final reports. This is in addition to the time to create the initial reports identified above in paragraphs 13-14 and 16, which also took several hours.

18. The first of the two additional reports breaks down the data via the initial landing page and contains the Google Analytics data of all sessions, the number of unique pageviews, average time of each page, the bounce rate, the number of transactions, the conversion rate (in this instance, the number of transactions divided by the number of sessions), and the total amount of purchases. The second additional report contains essentially the same Google Analytics data, but breaks it down by year and month. Again, these two reports were created for each of the eight webpages, (vi)-(xiii) listed above, and show those users who at some point accessed one of those eight pages for the time period of January 1, 2010 through April 30, 2020. I understand all were provided to AMM.



PUGET SOUND BUSINESS & LITIGATION
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 374-8500

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May 2020 at Bonney Lake, WA.

Brian Wozeniak



PUGET SOUND BUSINESS & LITIGATION
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 374-8500