The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE WESTERN DISTRICT OF WASHINGTON

9

10

UNIVERSAL LIFE CHURCH
MONASTERY STOREHOUSE, a
Washington non-profit corporation,

11

Plaintiff,

12

v.

13

MAURICE KING, LEWIS KING,
GLEN YOSHIOKA, DYLAN WALL,

14

SARA WHITE, and AMERICAN
MARRIAGE MINISTRIES, a Washington

15

non-profit corporation,

16

17

Defendants

AMERICAN MARRIAGE MINISTRIES, a
Washington non-profit corporation,

18

Counter-Claimant/
Third-Party Plaintiff,

19

v.

20

UNIVERSAL LIFE CHURCH

21

MONASTERY STOREHOUSE, a
Washington non-profit corporation; and

22

UNIVERSAL LIFE CHURCH
MONASTERY STOREHOUSE, INC., a

23

Washington non-profit corporation,

24

Counter-Defendants/
Third-Party Defendants.

25

Case No. 2:19-CV-00301-RSL

**DECLARATION OF LEWIS KING IN
SUPPORT OF DEFENDANT AMERICAN
MARRIAGE MINISTRIES' RESPONSE
TO PLAINTIFF'S MOTION FOR A
PROTECTIVE ORDER AND TO QUASH
SUBPOENAS**

**Declaration of Lewis King in Support of Defendant
American Marriage Ministries' Response to Plaintiff's
Motion for Protective Order and to Quash Subpoenas
Case No. 2:19-CV-00301-RSL**

**FOSTER GARVEY P.C.**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-
9700

FG:53731507.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I, Lewis King, hereby declare and affirm as follows:

1.    I am the Executive Director of American Marriage Ministries ("AMM"), a Defendant in the above-captioned matter. I have personal knowledge of the facts stated herein and am otherwise competent to make this declaration.

2.    In the spring of 2018, I observed a decline in AMM's number of ordinations and a sharp decline in AMM's revenue. I also observed that around the same time, the website at the domain name americanmarriageministries.com was appearing much higher in online search results than it previously had.

3.    AMM's sales have suffered at least one other notable decline at a time that correlates with when the website at the domain name americanmarriageministries.com achieved prominence in online search results, in the fall of 2016.

4.    AMM sought to counter confusion caused by Plaintiff on the americanmarriageministries.com website by creating a response site, americanmarriageministrieslegal.com, with the purpose of correcting the false impression given by the americanmarriageministries.com site as to the validity of AMM ordinations. AMM also created another site, amm-vs-ulc.com, to provide information about the differences between AMM and online ordination organizations with the "Universal Life Church" name, in an effort to combat any confusion caused by Plaintiff's use of AMM's name and trademark.

5.    In the above-captioned case, AMM seeks statutory damages, presumed damages, damages from lost sales and profits, damages to compensate for reputational harm and for dilution of its brand, disgorgement of profits, and any punitive damages, trebled damages, fees or costs allowed by law.

6.    AMM has lost sales since around 2016 because of actions taken by the Universal Life Church Monastery Storehouse, the Plaintiff in the above-captioned matter. Based on AMM's average annual growth rate between 2011 and 2016 of $290,894, AMM

**Declaration of Lewis King in Support of Defendant American Marriage Ministries' Response to Plaintiff's Motion for Protective Order and to Quash Subpoenas- 1**
**Case No. 2:19-CV-00301-RSL**

FOSTER GARVEY P.C.
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53682007.1

1  calculates that it lost approximately $2,235,613 in sales for the years 2017-2019. Based on

2  AMM's projected revenue compared to real revenue, AMM suffered an estimated loss of

3  $290,894 in 2017; an estimated loss of $969,165 in 2018; and an estimated loss of $975,554 in

4  2019.

5       I certify under penalty of perjury under the laws of the United States that the foregoing

6  is true and correct.

7

8       Executed this 4th day of May, 2020 in Seattle, Washington.

9

10  _____

    Lewis King

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Declaration of Lewis King in Support of Defendant
American Marriage Ministries' Response to Plaintiff's
Motion for Protective Order and to Quash Subpoenas- 2**
Case No. 2:19-CV-00301-RSL

FOSTER GARVEY P.C.
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53682007.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 4th, 2020, I served a copy of the foregoing _____ on:

| | |
|---|---|
| Michael P. Matesky, II<br>Matesky Law LLC<br>1001 4th Ave., Suite 3200<br>Seattle, WA 98154<br>**Email: litigation@mateskylaw.com**<br>*Of Attorneys for Plaintiff* | Michael B. Galletch<br>Puget Sound Business & Litigation PLLC<br>411 University Street, Suite 1200<br>Seattle, WA 98101<br>**Email: mike@psbizlit.com**<br>*Of Attorneys for Plaintiff* |
| Anne Cohen<br>Sheeba Roberts<br>Betts Patterson Mines P.C.<br>111 SW 5th Ave., Suite 3650<br>Portland, OR 97204<br>**Email: Acohen@bpmlaw.com**<br>**sroberts@bpmlaw.com**<br>*Of Attorneys for Maurice King, Lewis King,*<br>*Glen Yoshioka, Dylan Wall, Sarah White and*<br>*American Marriage Ministries* | |

  _X_   by mailing to each of the foregoing a copy thereof, placed in a sealed envelope addressed as listed above and deposited in the United States mail at Seattle, Washington, and that postage thereon was fully prepaid.

_____ by facsimile transmission to the number shown above.

kel

  _X_   by additional e-service through the E-Filing system, if party was registered.

  _X_   by courtesy email to the email addresses shown above.

DATED this 4th day of May, 2020.

*McKenna Filler*
_____
McKenna Filler, Legal Practice Assistant

**Declaration of Lewis King in Support of Defendant**
**American Marriage Ministries' Response to Plaintiff's**
**Motion for Protective Order and to Quash Subpoenas- 3**
Case No. 2:19-CV-00301-RSL

FOSTER GARVEY P.C.
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53682007.1