CONFIDENTIAL

ATTORNEYS' EYES ONLY



ULC Monastery Mail - American Marriage Ministries Proposal

Dallas Goschie <dallas@ulc.org>

**American Marriage Ministries Proposal**
4 messages

**Dallas Goschie** <dallas@themonastery.org>   Fri, Jun 27, 2014 at 10:07 AM
To: Brian Wozeniak <brian@themonastery.org>, george galaxy <george_galaxy@hotmail.com>

Glen is still way ahead on the term "American Marriage Ministries" and it is where he derives the majority of his remaining organic traffic (despite the fact that our URL gives us some advantage). I think one of the major reasons that he is getting more clickthroughs than us here is because he has a much more appealing google search result.

First off, we should probably **revise our title tag**, I worry that the sparsity makes us look at best lazy and at worst illegitimate in comparison to Glen. Perhaps something like: *"American Marriage Ministries - Legally Perform Marriages"* or *"American Marriage Ministries - Legal Online Ordination"* or *"American Marriage Ministries - Become an Authorized Minister"*

I believe I've talked with Brian about this before as well, but I also worry that our meta description tag is hurting us here. One of the reasons Glen remains successful with his target audience is that they feel like he really serves that non-religious market. I worry that by so loudly linking ourselves with the Universal Life Church we are alienating that particular audience here. We have plenty of sites that are designed (and appear to be successful) at capturing the term "Universal Life Church"... we don't need americanmarriageministries.com to be doing the same. My understanding was that the purpose of this site was to **bury Glen**, and the only thing he really has left is that core group of non-religious people.

Therefore, in addition to revising our title tag I would also propose that we **alter our meta description tag** to read something like: *"Legally perform marriage ceremonies by becoming a minister with the official American Marriage Ministries. Get ordained online, for free, in minutes!"*

Additionally, I think it would behoove us to remove currently aggressive references to the "Universal Life Church" within the site.

Thoughts?



EXHIBIT 90

**Brian Wozeniak** <brian@themonastery.org>   Fri, Jun 27, 2014 at 10:31 AM
To: Dallas Goschie <dallas@themonastery.org>
Cc: george galaxy <george_galaxy@hotmail.com>

As far as the changes I think all of that sounds good to me. The other thing that stands out to me with Glen's title is the word "Official". If I were searching for that term and saw the word Official I would think that was the one I was looking for.

*American Marriage Ministries - Official Site*

*Official American Marriage Ministries - Legal Online Ordination*

Just some thoughts.

EXHIBIT
**90**
Carrie Reporting - 4/28/20 - Goschie

ULC Mnstry -- 001504

https://mail.google.com/mail/u/0?ik=f4ed078a3d&view=pt&search=all&permthid=thread-f%3A1472084148767373310&simpl=msg-f%3A14720841487…   1/2

**EXHIBIT 4**
**Page 1 of 4**

ULC Monastery Mail - American Marriage Ministries Proposal

**CONFIDENTIAL**

**ATTORNEYS' EYES ONLY**

Best Regards,

**BRIAN WOZENIAK**
**Senior Web Developer / Media Director**
Universal Life Church Monastery
2730 1st Ave S, Seattle, WA 98134
Phone: 206-285-1086
www.themonastery.org

[Quoted text hidden]

---

**George_galaxy** <George_galaxy@hotmail.com>                         Fri, Jun 27, 2014 at 10:39 AM
To: Dallas Goschie <dallas@themonastery.org>, Brian Wozeniak <brian@themonastery.org>
Cc: Anthony@themonastery.org

Your points are convincingly laid out well.
I see no arguments against such.
Let's do it.
George

[Quoted text hidden]



image.png
223K

---

**Brian Wozeniak** <brian@themonastery.org>                           Fri, Jun 27, 2014 at 12:03 PM
To: Dallas Goschie <dallas@themonastery.org>

If you see any other references to "Universal Life Church" let me know, I think I got the main ones.

With Conan O'Brien, will have Anthony do this Monday since it is part of the image and I think he has a .psd file already setup for it.


Best Regards,

**BRIAN WOZENIAK**
**Senior Web Developer / Media Director**
Universal Life Church Monastery
2730 1st Ave S, Seattle, WA 98134
Phone: 206-285-1086
www.themonastery.org


On Fri, Jun 27, 2014 at 10:07 AM, Dallas Goschie <dallas@themonastery.org> wrote:
[Quoted text hidden]

CONFIDENTIAL

ATTORNEYS' EYES ONLY



ULC Mnstry -- 001506

**EXHIBIT 4**
**Page 3 of 4**

CONFIDENTIAL

ATTORNEYS' EYES ONLY



ULC Mnstry -- 001507

**EXHIBIT 4**
**Page 4 of 4**