# EXHIBIT B

**Mike Matesky**

| | |
|---|---|
| **From:** | Michael Galletch <mike@psbizlit.com> |
| **Sent:** | Friday, March 06, 2020 4:01 PM |
| **To:** | Kelly Mennemeier; 'Sheeba Roberts' |
| **Cc:** | Mike Matesky; 'Ben Hodges'; 'Anne Cohen' |
| **Subject:** | ULC Monastery v. Maurice King, et. al. - Notice of Dep. |
| **Attachments:** | 20-3-6 Notice of 30-b-6 Dep to AMM .pdf |

Counsel:

Thanks for your time today.  Here is the Notice of Deposition for AMM we mentioned.  We have a date set, but if that date does not work, let us know other dates this month.

Michael Galletch



411 University St., Ste 1200
Seattle, WA 98101
(206) 374-8500
web:  psbizlit.com

PRIVILEGED COMMUNICATION: This email and any attachments may be confidential and subject to the Attorney-Client privilege, and may have been prepared in the course of or in anticipation of litigation, in which case would also be subject to protection as Work Product.  If you are not, or do not appear to be, the intended recipient, any use, disclosure, copying, or distribution of this e-mail or any attachments is prohibited.  If you have, or believe you have, received this e-mail in error, please notify us immediately by replying (phone or e-mail) to the sender and delete all copies from your system.  Thank you, and we appreciate your cooperation.