# EXHIBIT N

# Mike Matesky

| | |
|---|---|
| **From:** | Anne Cohen <acohen@bpmlaw.com> |
| **Sent:** | Wednesday, April 22, 2020 10:22 AM |
| **To:** | Michael Galletch; kelly.mennemeier@foster.com; Sheeba Roberts; Ben Hodges; Nancy Stephens |
| **Cc:** | Mike Matesky; Sheeba Roberts; Sean M. Bettis |
| **Subject:** | RE: ULC v. Maurice King, et. al. - FRCP 30(b)6 Notice |

Mike and Mike,

Please consider this a follow up to AMM's prior requests to confer on the FRCP 30(b)6 topics to which AMM objected and declined to designate a witness. With the discovery deadline rapidly approaching, we are seeking confirmation as to whether ULC agrees to forgo testimony from a FRCP 30(b)6 designee on these topics. Although we have attempted to raise this issue via correspondence with you on several occasions– both prior to the FRCP 30(b)6 depositions, as well as since the depositions – we have not had any response.

If a dispute remains as to the topics for which no witness has been designated by AMM, please let us know when you are available to confer. AMM intends to move for a protective order if we are unable to reach agreement; we would like to further understand ULC's position. However, if there is no dispute, there is no need for a protective order.

Please clarify at your earliest convenience.

Sincerely,

**Anne Cohen**
**Director**
*Admitted in Oregon, Washington and Utah*
Betts, Patterson & Mines, P.S.
US Bancorp Tower
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
D 503.961.6540 | F 503.961.6339



**Confidentiality Notice:**  This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender.  If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited.  If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.