# EXHIBIT S

1
2
3
4
5
6

7  IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF WASHINGTON
8  AT SEATTLE

9

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation,<br>Plaintiff,<br>v.<br><br>MAURICE KING, LEWIS KING, GLEN YOSHIOKA, DYLAN WALL, SARA WHITE, and AMERICAN MARRIAGE MINISTRIES, a Washington non-profit corporation,<br><br>Defendants<br>AMERICAN MARRIAGE MINISTRIES,<br>Cross-Complainant/<br>Third-Party Plaintiff<br>v.<br><br>UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE; UNIVERSAL LIFE CHURCH/ULC MONASTERY, INC., UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, INC.,<br><br>Cross-Defendant/<br>Third-Party Defendants. | Case No. 2:19-CV-00301-RSL<br><br>**AMERICAN MARRIAGE MINISTRIES' ANSWERS AND OBJECTIONS TO** PLAINTIFF'S REQUESTS FOR ADMISSION TO DEFENDANT AMERICAN MARRIAGE MINISTRIES<br><br>**The Honorable Robert S. Lasnik** |

**AMM'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSION TO DEFENDANT - 1**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

G. AMM objects to the extent the Requests summarize, re-characterize, or in fact mischaracterize facts relating to this case. By answering any of the Requests, AMM is not agreeing with any of ULC's factual statements, premises, or assertions or to the relevancy of any such matters.

Nothing set out in the specific objections below constitutes a waiver of these General Objections. Nothing contained in these responses and objections constitutes a waiver of any attorney-client privilege, work product protection, right or privacy or confidentiality, or any other applicable privilege, doctrine, or protection. Any privileged, protected, or confidential information inadvertently disclosed in AMM's responses to these Requests shall not be deemed a waiver of any such privilege, protection, or confidentiality. Discovery is ongoing and AMM reserves the right to supplement these responses at a later date.

## ANSWERS TO PLAINTIFF'S REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that what is attached hereto as *Exhibit 1* is a true, correct, and complete copy of the The AMM-vs.-ULC Website.

**ANSWER:** AMM objects that the Request does not contain a temporal explanation or limitation. AMM also objects that it is vague and ambiguous what ULC considers is a "true, correct, and complete copy." Subject to and without waiving its objections, AMM responds as follows:

Admit to the extent that Exhibit 1 is a true and correct copy of the textual content of the amm-vs-ulc.com website but otherwise deny.

**REQUEST FOR ADMISSION NO. 2:** Admit that The AMM-vs.-ULC Website states "The Federal government recognizes AMM as 501(c)(3) tax exempt church"

**AMM'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSION TO DEFENDANT - 4**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1 | DATED:  AUGUST 16, 2019

Respectfully submitted,

By: */s/ Nancy V. Stephens*
Nancy V. Stephens, WSBA #31510
By: */s/ Benjamin Hodges*
Benjamin Hodges, WSBA #49301
By: */s/ Kelly A. Mennemeier*
Kelly A. Mennemeier, WSBA #51838
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: nancy.stephens@foster.com
Email: ben.hodges@foster.com
Email: kelly.mennemeier@foster.com

By: */s/ Anne Cohen*
Anne Cohen, WSBA #41183
BETTS PATTERSON & MINES
One Convention Place
701 Pike Street, Suite 1400
Seattle, Washington  98101-3297
Telephone: (206) 292-9988
Email: acohen@bpmlaw.com

*Attorneys for Defendants*

**AMM'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSION TO DEFENDANT - 24**

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988