UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE KING, *et al.,*<br><br>Defendants. | NO. C19-301RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

In light of the novel coronavirus pandemic, the United States Courthouse in Seattle remains closed. The Court will continue resolving pending motions, but the deadline for submitting motions in limine, the trial date, and the remaining pretrial deadlines are hereby STRICKEN.

Within twenty-one days of the Court's resolution of the pending summary judgment motion(s) or of the reopening of the Seattle Courthouse whichever is later, the parties shall file a joint status report addressing the following issues: (a) the number of court days needed to try the remaining claims; (b) whether settlement is possible; and (c) mechanisms and/or procedures that

MINUTE ORDER- 1

could be utilized to shorten the trial, such as waiving jury, submitting deposition testimony or expert reports in lieu of live witnesses, stipulating to undisputed facts, *etc*. The Court anticipates a significant backlog of both criminal and civil cases when the Courthouse reopens. Criminal matters will take precedence, but the Court will use the joint status report submitted by the parties to reset the motion in limine, pretrial, and trial dates in this matter.

DATED this 6th day of May, 2020.

/s/Kerry Simonds
Kerry Simonds, Deputy Clerk
to Robert S. Lasnik, District Judge
206-370-8519

MINUTE ORDER- 2