# EXHIBIT 6

# Confidential

**Pursuant to Protective Order**
**FILED UNDER SEAL**

# EXHIBIT 6

# Confidential

**Pursuant to Protective Order**
**FILED UNDER SEAL**