Page 1

1

2            UNITED STATES DISTRICT COURT

3             OF THE STATE OF WASHINGTON

4             WESTERN DIVISION AT SEATTLE

5  UNIVERSAL LIFE CHURCH           )
   MONASTERY STOREHOUSE,           )
6                                  )
                                   )
7             Plaintiff,           ) No. 2:19-CV-301
                                   )
8                                  )
              vs.                  )
9                                  )
   MAURICE KING, et al.,           )
10                                 )
              Defendants.          )
11 ------------------------------)

12

13    REMOTE TELEPHONIC 30(B)(6) DEPOSITION OF

14   AMERICAN MARRIAGE MINISTRIES BY AND THROUGH

15                   LEWIS KING

16  * * CONTAINS CONFIDENTIAL - AEO INFORMATION * *

17              Seattle, Washington

18           Wednesday, April 15, 2020

19

20

21

22

23  Reported by:

24  Connie Recob, CCR 2631, RMR, CRR

25  JOB NO. 179383

Page 6

LEWIS KING - CONTAINS CONFIDENTIAL - AEO

```
 2   yesterday -- I think everybody was doing
 3   it, but if anybody is not, if they can just
 4   can turn off the audio, your speaker
 5   portion of it, that would help, just to
 6   help Connie and the background noise.
 7  EXAMINATION
 8  BY MR. GALLETCH:
 9       Q.   Okay.  Mr. King, you -- have you
10  ever been deposed before?
11       A.   No.
12       Q.   And you are -- I guess, participated
13  yesterday with the deposition of Mr. Yoshioka?
14       A.   I was present for part of it.
15       Q.   So you -- watching that, you
16  understand how this works?
17       A.   I do.
18       Q.   You understand that you are under
19  oath right now?
20       A.   I do.
21       Q.   And are you here on -- as a designee
22  of American Marriage Ministries?
23       A.   I am.
24       Q.   Have you done anything to prepare
25  for your testimony today?
```

Page 7

LEWIS KING - CONTAINS CONFIDENTIAL - AEO

```
 2       A.   Yes.
 3       Q.   What did you do?
 4       A.   There was about a two-hour call
 5  with -- with our represent -- our lawyers.
 6       Q.   Was an attorney present?
 7            MS. ROBERTS:  Anything that we
 8  discussed, that's all privileged.
 9            THE WITNESS:  Gotcha.
10  BY MR. GALLETCH:
11       Q.   Yeah.  Don't -- you don't have to
12  state what you said, but just to make sure I
13  understand what you said, you said you had a
14  two-hour call with an attorney?
15       A.   Yeah, preparation.
16       Q.   Did you read any documents?
17       A.   I skimmed the document that was sent
18  out a couple of days before this proceeding
19  began.
20       Q.   When did you -- when did you read
21  that?
22       A.   Monday.
23       Q.   Did you read anything else in
24  preparation for your deposition?
25       A.   Not that I can recall.
```

Page 8

LEWIS KING - CONTAINS CONFIDENTIAL - AEO

```
 2       Q.   Did you talk to anybody else other
 3  than the attorney?
 4       A.   About what?
 5       Q.   Your testimony today or any of the
 6  subjects.
 7       A.   No, I only spoke with my attorneys.
 8  I mean -- I mean I --
 9       Q.   And where did you --
10       A.   Let me finish that.  I mean I
11  obviously discussed with Glen what was going
12  on.
13       Q.   When did you discuss this with Glen?
14       A.   I don't recall.  We're good friends.
15  We chat frequently.  You know, it came up
16  probably in conversation a number of times.
17       Q.   Did you talk to him last night after
18  his appearance?
19       A.   Did I talk to Glen last night?  Yes,
20  I was with him during the appearance, and we
21  talked afterward.
22       Q.   I'm sorry.  You have to maybe speak
23  a little louder.  I just have a hard time
24  hearing.
25       A.   Yes.
```

Page 9

LEWIS KING - CONTAINS CONFIDENTIAL - AEO

```
 2       Q.   And did you speak with him outside
 3  the presence of your attorney?
 4       A.   Yes.
 5       Q.   Did you discuss anything about his
 6  testimony yesterday?
 7       A.   Yes.
 8       Q.   What did you discuss?
 9       A.   Oh, just talked about how it went,
10  you know.  I commended him on doing a pretty
11  good job, you know, keeping it together.  I
12  don't recall any further details.
13       Q.   Did you talk about any of the
14  subjects or the questions that were asked?
15       A.   I don't recall.
16       Q.   Are you saying this happened last
17  night and this morning you don't recall?
18       A.   If you're asking me the specific
19  topics that we discussed, yeah, I don't -- I
20  can't give you anything further than I --
21  whatever Mike discussed we probably covered at
22  some point.
23       Q.   Well, my question wasn't -- that
24  wasn't my question.
25            My question was:  Did you discuss
```

Page 38
LEWIS KING - CONTAINS CONFIDENTIAL - AEO

             THE WITNESS:  American Marriage
    Ministries is claiming a couple of things
    as I understand it.  One, that the
    Universal Life Church Monastery -- I'm
    getting really bad feedback here.  The
    Universal Life Church Monastery -- guys, I
    can't do this.  This is really --
    something's messed up with the sound.  I'm
    going to call back in and see if it works.
             MR. GALLETCH:  Yes.  We'll go off
    the record.  Why don't you disconnect and
    reconnect.
             THE WITNESS:  Okay.
             (Recess 9:45-9:47.)
             MR. GALLETCH:  We can go back on the
    record.
             THE COURT REPORTER:  Okay.
EXAMINATION (Continuing)
BY MR. GALLETCH:
    Q.   Mr. King, is there anybody else in
the room with you?
    A.   Yeah, I've got roommates, a couple
of cats and Glen Yoshioka just dropped off some
pastries for me.

Page 39
LEWIS KING - CONTAINS CONFIDENTIAL - AEO

    Q.   Okay.  So the last question that you
didn't get to answer was:  ==As the executive
director of AMM, what are AMM's counterclaims
in this lawsuit as you understand it?==
    ==A.   As I understand them, the
counterclaims are that our -- is that Universal
Life Church is using our trademark without our
consent and that they launched a false attack
website that has cost us significant
reputational and financial damage.==
    ==Q.   Anything else?==
    ==A.   That, I think, sums it up.==
    ==Q.   And you said "reputational and
financial damage."==
         ==Has AMM made any effort to determine
its financial damage?==
    ==A.   Yes.==
    ==Q.   What did AMM do?==
    ==A.   Well, there's a couple of things we
did.  We -- I mean, we worked using the
analytical tools at our disposal and with our
accountant to sort of do analysis -- well, of
lost revenues and changes in site visitor
behavior that seemed to indicate that there's==

Page 40
LEWIS KING - CONTAINS CONFIDENTIAL - AEO

==a -- that -- yeah.==
    ==Q.   So let me correct me if I'm wrong.
I want to make sure I get it straight from you.==
         ==So you used the analytical tools
available and your accountant to analyze the
lost revenue and the changes in the site
visitor behavior.==
         ==Do I have that right?==
    ==A.   Sure.  Yeah, I think that's a pretty
good summary of what we did.==
    Q.   Okay.  You say "we."  Who is the
"we"?  Who are the people that did this?
    A.   Well, it would have been myself,
Glen Yoshioka would have participated in this.
We would have got data and reports from Bill
Simpson, our accountant, and we worked with our
lawyers as well.
    ==Q.   Okay.  What analytical tools did you
use?==
    ==A.   Google Analytics.==
    Q.   I want to make sure I get a -- while
I've got you here today, make sure -- this is
the one time I get to ask you questions as the
executive director, so I want to make sure I

Page 41
LEWIS KING - CONTAINS CONFIDENTIAL - AEO

get this right and straight.  So let me make
sure I get a compete list from you of all the
analytics tools that you used.
         So one was Google Analytics that
you've just said.  Are there any others?
    A.   That I've used?
    Q.   Well, that you or AMM used as part
of this effort to evaluate its financial
damage.
    A.   I think that that makes up the core
of it.  I mean really, you can get anything you
need from Google Analytics.  There's other
indicators that something gets you is going on
and you can see sort of the cost-per-conversion
rate changing.  And Google AdWords would be
another indicator that something's happening.
    Q.   My question wasn't are there other
indicators.  My question is:  What exactly did
you and the entity use?
         (Court Reporter Interruption.)
         (Question on Page 41, Lines 18
         through 20, read by the
         reporter.)
         MR. GALLETCH:  Yes.  That's the

CONTAINS CONFIDENTIAL - AEO INFORMATION            CONFIDENTIAL - FILED UNDER SEAL

Page 42

```
 1   LEWIS KING - CONTAINS CONFIDENTIAL - AEO
 2   question.
 3        THE WITNESS:  The tools that we used
 4   that I'm aware of are Google Analytics and
 5   AdWords and whatever -- whatever -- I think
 6   QuickBooks is what our accountant uses to
 7   sort of come up with these reports.
 8   BY MR. GALLETCH:
 9        Q.   When you say "Google Analytics,"
10   what is that?
11        A.   That's Google's tool to measure
12   everything from sales to user behavior traffic
13   on a website.
14        Q.   Did you ask Google for this or do
15   you have access to it?
16        A.   It's something you sign up for.
17        Q.   When you -- so when AMM wants to
18   figure out its financial damage, did you go to
19   Google and say, Hey, Google, do you have some
20   information, or do you have an account with
21   Google, you just log in and pull you up the
22   data yourself?
23        A.   The latter.  You can log in and pull
24   up the data yourself.
25        Q.   And who did that in this instance?
```

Page 43

```
 1   LEWIS KING - CONTAINS CONFIDENTIAL - AEO
 2   Is that you, your accountant or Mr. Yoshioka?
 3        A.   I certainly did it.  Our accountant
 4   doesn't -- I don't think our accountant has
 5   access to Google Analytics and me and Glen use
 6   Google Analytics.
 7   (Mr. Freeman joins.)
 8   BY MR. GALLETCH:
 9        Q.   And when did you do this?  When did
10   you go into Google Analytics in order to
11   evaluate the financial damage?
12        A.   I started going into Google
13   Analytics back in April 2018 when we started
14   seeing sales fall off.
15        Q.   So Mr. King, I'm just trying to
16   understand the time frame when you did the
17   analysis for the alleged financial damage to
18   AMM.  I don't know if that's the answer, it
19   started in April 2018, but I'm trying to
20   understand the effort AMM made to assess its
21   alleged financial damage.
22             So are you saying that that started
23   in April of 2018 or was it after that?
24        A.   It started in April 2018.  Well,
25   that's when we could see -- I mean, you can
```

Page 44

```
 1   LEWIS KING - CONTAINS CONFIDENTIAL - AEO
 2   look at -- there's a lot of very -- there's a
 3   lot of tools.  Like you can look at
 4   year-over-year sales figures.  You can look at
 5   year-over-year conversion rates.  You can look
 6   at change of conversion rates over time.  You
 7   can look at traffic versus like engagement
 8   time, so it's -- there's a lot of...
 9        Q.   What did you look at specifically
10   to -- you said AMM's financials?
11        A.   These are all things that I looked
12   at.
13        Q.   Did you print any of those?
14        A.   I lost you for the last bit.
15        Q.   When you were looking at Google
16   Analytics, was this like online on a computer
17   screen?
18        A.   Yes.
19        Q.   Did you save any of them or print
20   them in paper or hard-copy form?
21        A.   It's entirely possible that I
22   screenshotted them and shared them with our
23   lawyers or -- but no, I don't -- I didn't save
24   any of them in the program.
25        Q.   Do you know what I mean by like
```

Page 45

```
 1   LEWIS KING - CONTAINS CONFIDENTIAL - AEO
 2   saving them by converting it in a PDF or some
 3   format that you can refer to later?
 4        MS. ROBERTS:  Object to form.
 5        THE WITNESS:  I said I did try and I
 6   sent that to lawyers at BPM.
 7   BY MR. GALLETCH:
 8        Q.   Let me back up for a second,
 9   Mr. King.
10             You said you started looking at
11   Google Analytics in April 2018.  When did you
12   stop looking at Google Analytics in order to
13   assess the financial damage to AMM?
14        A.   I think I've looked at Google
15   Analytics every single week since I've taken
16   over as executive director.
17        Q.   Okay.  When you go into --
18        MS. ROBERTS:  Is it okay if we take
19   a quick break?
20        MR. GALLETCH:  Not quite this
21   moment, but in a -- let me finish this if
22   you don't mind.
23   BY MR. GALLETCH:
24        Q.   So when you go into Google
25   Analytics, Mr. King, is that basically you have
```

```
                                          Page 50
 1    LEWIS KING - CONTAINS CONFIDENTIAL - AEO
 2    paraphrasing -- it says that AMM is classified
 3    as either public charities or private
 4    foundations, and then:  "We determined that you
 5    are a public charity under the code sections
 6    listed..."
 7            Do you see that part?
 8        A.  Yes.
 9        Q.  So according to the IRS in this
10    letter, the IRS has determined that AMM is a
11    public charity; is that your understanding as
12    well?
13            MS. ROBERTS:  Object to the form.
14            THE WITNESS:  That's what it says on
15        the document, yes.
16    BY MR. GALLETCH:
17        Q.  Is AMM a public charity?
18        A.  Yes.
19            MS. ROBERTS:  Object to the form.
20    BY MR. GALLETCH:
21        Q.  As far as you know as the executive
22    director, did the IRS issue any certificate
23    that comes with this?
24            MS. ROBERTS:  Objection.
25            THE WITNESS:  What is the
```

```
                                          Page 51
 1    LEWIS KING - CONTAINS CONFIDENTIAL - AEO
 2    certificate?
 3    BY MR. GALLETCH:
 4        Q.  I'm asking you.  Did you get
 5    anything else from the IRS -- did AMM get
 6    anything else from the IRS other than this
 7    letter regarding its application to be exempt
 8    from tax?
 9        A.  I'm not aware of anything else.  I
10    don't know.
11        Q.  So did IRS issue any certification
12    or certificate to AMM as far as you know?
13            MS. ROBERTS:  Objection.  Asked and
14        answered.
15            THE WITNESS:  Beyond what I'm
16        looking at?
17    BY MR. GALLETCH:
18        Q.  Yes.
19        A.  I'm not aware of anything.
20        Q.  Before we took a break, you were
21    saying that AMM evaluated its financial damage.
22            Do you know what the amounts of that
23    financial damage is?
24        A.  I don't have an exact figure, no.
25        Q.  Why not?
```

```
                                          Page 52
 1    LEWIS KING - CONTAINS CONFIDENTIAL - AEO
 2        A.  Because we -- well, for starters,
 3    the financial damage is still ongoing.
 4        Q.  What do you mean by that?
 5        A.  Last I checked, the misleading
 6    website is still live and presumably still
 7    influencing potential ministers.
 8        Q.  When was -- the site you're
 9    referring to, is that the
10    americanmarriageministries.com site?
11        A.  Yes.
12        Q.  And when was that site put up?
13        A.  I don't know.
14        Q.  Could AMM have calculated financial
15    damages at least up through the time the
16    lawsuit was filed or even today?
17        A.  I don't know.
18        Q.  Has AMM tried to figure out what --
19    its alleged financial losses through any period
20    of time?
21        A.  I have discussed this with the
22    lawyers.  We haven't gotten as far as coming up
23    with an exact dollar figure that I'm aware of.
24        Q.  Well, as I understand it, one of the
25    allegations that AMM is making is that it,
```

```
                                          Page 53
 1    LEWIS KING - CONTAINS CONFIDENTIAL - AEO
 2    itself, lost revenue.  Is that accurate?
 3        A.  Yes.
 4        Q.  And has AMM tried to figure out the
 5    amount of revenue that it lost?
 6        A.  We have made -- we have investigated
 7    it, yes.
 8        Q.  Has AMM tried to figure out what its
 9    lost revenue is like for a period of time or
10    through a specific date?
11        A.  I believe so, yeah.  I certainly --
12    I mean, I don't have exact figures that we
13    have -- I mean, I have my suspicions.  You
14    could say I have a pretty good idea.  I can
15    look at, you know, year over year and compare
16    to 2018, for example.
17        Q.  Okay.  You say I believe so, so what
18    would be that time period or time frame that
19    you did?
20        A.  Well, I can look at, for example,
21    April 2018 through April 2019 to get an idea
22    for, say, like the first year after we really
23    started experiencing the downturn.
24        Q.  So in this lawsuit, you're asking
25    the plaintiff to pay AMM money, are you not?
```

Page 54

LEWIS KING - CONTAINS CONFIDENTIAL - AEO

    A.    Can you repeat that question?
    Q.    In this lawsuit, isn't AMM asking the plaintiff to pay it money?
    A.    We are seeking damages, yes.
    Q.    Okay. And can you tell me today anything about the amount of those damages?
    A.    Beyond that -- what I told you in the previous answer, no, I just -- I don't have exact figures for you. I can tell you the process of how I would go about finding a rough estimation, but ultimately that's the kind of thing that I would rather -- you know, it's not really what I do at American Marriage Ministries and nobody here does that, so that's the kind of thing we would hand off to experts.
    ==Q.    What is the time period that AMM is claiming there's a loss?==
    ==A.    I don't actually know. And I don't know that because presumably the time period is pretty extensive.==
    Q.    How do you expect my client and I to defend the claim if we don't even know what time frame AMM is claiming or the amount that it's claiming?

Page 55

LEWIS KING - CONTAINS CONFIDENTIAL - AEO

        MS. ROBERTS: Object to the form.
        THE WITNESS: How do I expect you to defend -- I don't know. I'm not a lawyer.
BY MR. GALLETCH:
    Q.    So is AMM claiming that it lost sales, that its sales actually decreased?
    A.    Yes.
    Q.    What can you tell me about the time frame that AMM alleges that its sales decreased?
    A.    Presumably the time frame extends from the period -- it would be the entirety of the period of time that the -- that Universal Life Church Monastery has controlled americanmarriageministries.com and has been using it to either siphon ordinations and sales away from our organization or subsequently to slander or to, you know, bring into question the validity of American Marriage Ministries ordination.
        So I don't have the exact date on that, but it's a pretty -- as I recall from yesterday, it goes back quite a few years.
    Q.    You started that "presumably," so I

Page 56

LEWIS KING - CONTAINS CONFIDENTIAL - AEO

have a hard time following your answer, whether you're just giving me a generalization or you're giving me what AMM is actually claiming.
        So I'm sorry to have to ask you this again, but what is the time period that AMM is actually claiming and not presumably claiming?
        MS. ROBERTS: Objection to form.
        THE WITNESS: I don't know the exact time frame.
BY MR. GALLETCH:
    Q.    Do you know what event would start it, that time frame? I mean, in other words, is there an event that you can tie it to?
    A.    I can't say that because that event likely precedes my tenure as executive director, and then we don't know, or I certainly don't know when that site started damaging American Marriage Ministries reputation and our sales. I just don't have that information.
    ==Q.    Has AMM made any effort to determine what the injury is to its reputation?==
    ==A.    Yes.==
    ==Q.    And what has it done?==

Page 57

LEWIS KING - CONTAINS CONFIDENTIAL - AEO

    ==A.    We have worked with our lawyers to -- you know, to look at the data, to -- I honestly don't have an exact answer for this either. We're working with experts through our law firm and they are primarily responsible for this. I don't know what they're doing exactly, but I know that we've -- again, this isn't really my area of expertise, so we've hired people who know what they're doing to do this==.
    Q.    When did AMM hire an expert that you're referring to?
    A.    You will have to ask the folks at BPM because -- or the folks at Foster Garvey because they're the ones that did the hiring. We weren't involved in that. By "hiring," I mean brought them on. I don't know the exact professional relationship between the different organizations.
    Q.    So would you agree with me that if an organization is claiming that it lost sales, it would have the ability to just look at its sales and say, Here's the sales that, you know, decreased, or from this time period to this period, that you know, we can say, Here it is.

Page 58
LEWIS KING - CONTAINS CONFIDENTIAL - AEO
1  Here. Look at our numbers. Here's the time
2  frame. It was this number on this day. It's
3  this number on the other day?
4     A.  Sure. I mean, I can look at -- like
5  I said earlier, I can look at the
6  year-over-year difference in sales. So if you
7  were to ask me specifically, how did your sales
8  differ between May of 2017 and May of 2018, I
9  could get back to you with numbers, but I
10 can't -- I don't know any of these off the top
11 of my head.
12           If you were to ask me, How has your
13 conversion rate changed between those two time
14 periods, I could also give you an exact number.
15 If you were to ask me, How has user behavior
16 changed over those time periods, I couldn't get
17 you a number, but I know it's changed and we
18 could have experts get in touch with you that
19 could explain that.
20    Q.  So as you sit here today, though,
21 you can't tell me anything about the time frame
22 for which AMM is claiming that it lost sales
23 due to some action or statement by ULC
24 Monastery; is that right?

Page 59
LEWIS KING - CONTAINS CONFIDENTIAL - AEO
1     A.  No, that's not correct. Referring
2  to my previous answer, I told you I can give
3  you a general time frame and I can give you
4  specific time frames year over year, but I
5  can't do it --
6     Q.  What's the general time frame?
7     A.  -- off the top of my head because
8  this is complex data.
9     Q.  What's the general time frame?
10    A.  The general time frame would be the
11 time frame from which George -- again, I don't
12 know the details here, so I'm going to preface
13 this by saying presumably because this isn't
14 something that I know infinitely, but
15 presumably from as long as that site has
16 existed and has been misleading potential
17 ministers about, you know, who AMM is and the
18 validity of our organization up until -- up
19 until today because it's still live.
20    Q.  The expert that you referred to,
21 would they be evaluating the same documents
22 that you were looking at, Google Analytics,
23 AdWords and QuickBooks?
24    A.  I don't know what they're looking

Page 60
LEWIS KING - CONTAINS CONFIDENTIAL - AEO
1  at. Presumably they'd be looking at more than
2  me because they're experts.
3     Q.  Do you know the name of the expert?
4     A.  I don't recall the names of the
5  experts, no.
6     Q.  Has AMM tried to evaluate any loss
7  of its goodwill?
8     A.  Tried to evaluate the loss of our
9  goodwill. Presumably, yes. I don't know.
10    Q.  Do you know when AMM would be able
11 to get -- do you know when AMM will be able to
12 give the plaintiff the specifics regarding its
13 alleged financial damage, injuries to its
14 reputation or goodwill, lost sales, economic
15 harm and those things?
16         MS. ROBERTS: Object to form.
17         THE WITNESS: I don't know that
18    answer.
19 BY MR. GALLETCH:
20    Q.  Give me one second here. Oh, one
21 other thing. You said Trygve Jones. Can you
22 spell his name for me?
23    A.  I'll give it a shot. T-R-Y-G-V-E,
24 and then Jones is J-O-N-E-S presumably. I

Page 61
LEWIS KING - CONTAINS CONFIDENTIAL - AEO
1  don't know how to...
2     Q.  Did Mr. Jones also work for the
3  plaintiff in this lawsuit?
4     A.  Yes.
5     Q.  Do you know why he left working for
6  the ULC Monastery?
7         MS. ROBERTS: Object to the form.
8         THE WITNESS: No.
9  BY MR. GALLETCH:
10    Q.  Have you personally looked for any
11 documents that the plaintiff has asked AMM to
12 produce in this case?
13    A.  We -- the way that we did this is
14 we -- when we worked with Foster Garvey, I gave
15 complete access to all of my accounts. We gave
16 all of AMM's accounts to their people and they
17 handled it. I think at one point, I may have
18 even been involved. I don't recall exactly
19 what I did, but it was brief, and I think
20 ultimately Foster Garvey took over.
21    Q.  When did you do that? When did AMM
22 basically give everything to its lawyers?
23    A.  I don't remember. Awhile ago.
24         MS. ROBERTS: Object to form.