UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE KING, *et al.*,<br><br>Defendants. | NO. C19-0301RSL<br><br>ORDER GRANTING IN PART AMERICAN MARRIAGE MINISTRIES' MOTION TO COMPEL |

This matter comes before the Court on "American Marriage Ministries' Motion to Compel Production." Dkt. # 53.[1] Defendant American Marriage Ministries ("AMM") argues that plaintiff should be compelled to provide (a) documents sufficient to show its assets and liabilities from January 1, 2014, to the present as well as the assets and liabilities of related corporate entities, (b) documents showing the number of individuals ordained by plaintiff, and (c) documents plaintiff contends demonstrate its loss of income. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds as follows:

---

[1] Because this matter can be resolved on the papers submitted, American Marriage Ministries' request for oral argument is DENIED.

ORDER GRANTING IN PART AMERICAN
MARRIAGE MINISTRIES' MOTION TO COMPEL - 1

**A. Requests for Production Nos. 4 and 5**

Plaintiff correctly points out that information regarding a corporation's assets and liabilities at a given point in time does not reveal the corporation's income, expenses, or profits during the preceding year. AMM seeks information regarding the assets and liabilities of plaintiff and its related entities over a period of six years, however. This longitudinal information will provide a window into the overall health and wealth of plaintiff and its related companies during the period in which both sides are claiming that the other's tortious conduct caused damage/loss. This information may help prove or disprove the fact of damage on plaintiff's part and the amount of damage on AMM's part.

Plaintiff has not shown that providing the requested information poses an undue burden. It shall, therefore, supplement its responses to Requests for Production Nos. 4 and 5.

**B. Request for Production No. 34**

Plaintiff has provided the requested information. The motion is therefore denied as moot with regards to Request for Production No. 34.

**C. Request for Production No. 42**

Plaintiff has waived any claim for loss of income and therefore states that it has no documents responsive to Request for Production No. 42. No further supplementation is required.

//

//

ORDER GRANTING IN PART AMERICAN
MARRIAGE MINISTRIES' MOTION TO COMPEL - 2

For all of the foregoing reasons, AMM's motion to compel is GRANTED in part. Plaintiff shall, within twenty-one days of the date of this Order, provide supplemental responses to Requests for Production Nos. 4 and 5.

Dated this 8th day of June, 2020.

*Robert S. Lasnik (signature)*

Robert S. Lasnik
United States District Judge