# EXHIBIT C



# Get Ordained

Home | Get Ordained | Become a Minister | Products | Celebrity Ministers | Blog | Wedding Laws | FAQ | About Us

« Performing Marriages Start to Finish

The Evolution of the Modern Church »

**One Comment**

## BOOSTING YOUR INTERNET MINISTRY

May 19, 2012, 12:13 am



*The internet has many resources to grow your ministry and allow you to keep church members in the loop*

Ministers and church leaders have increasingly turned to the Internet to build connections with their congregations. Some ministers even specialize in online outreach programs. Individuals who have received their online ordination from **Universal Life Church** can seize upon many opportunities to build their ministries through the Internet.

Building a virtual congregation is a great way for a minister to reach out and share his or her faith. In some areas, wedding officiants are required to maintain a regular congregation to whom they preach. For some individuals who choose to get ordained for free online, this can present a significant challenge. How can you build a solid ministry without having to rent or build a worship building? Many ministers have turned to the online environment to build their congregations. Internet ministry allows the ordained to share their faith to a worldwide audience, often at no cost.

==Individuals who have pursued online ordination or who participate in these american marriage ministries can use the following tips to build and enhance online ministry outreach.== Individuals who are not familiar with social networking sites may wish to consult online tutorials to learn the basics of using these powerful tools.

### Search...

**RECENT POSTS**

- Changing Your Name After Marriage
- Personalizing an LGBT Wedding
- Blending Families: Moving In Together With Your Pets
- Family-Style Catering: Is It Right for Your Wedding?
- Minimize Relationship Stress With These Financial Tips

**RECENT COMMENTS**

- blog on 80lb Wedding Dress
- dating on The Benefits of Online Dating
- ethanharper on Boosting Your Internet Ministry
- chaussures homme petite taille on 80lb Wedding Dress
- realty on 80lb Wedding Dress

 **Tweet About Your Internet Ministry** – Twitter is popular among individuals of all age groups because it provides a quick, easy way to communicate to users worldwide. Consider choosing a Twitter username and sending out faith-based messages. You can use the Twitter platform to invite individuals to live events or to promote your ministry website. Twitter also provides a great way to interact with followers. Find the Universal Life Church on Twitter.

**Build A Facebook Following** – Facebook is one of the most popular social networking sites in the world. On Facebook, you should build a personal page for yourself that denotes your affiliation with the Universal Life Church. You can also

EXHIBIT 164

create a separate page for your congregation. Share uplifting thoughts and messages with your followers.



**Network with Other Ministers Through Our Minister's Network** – It is a blessing to many ministers to get ordained for free online. However, the online ordination process leaves some individuals feeling like they haven't had the opportunity to build strong friendships with other ordained individuals. Use a Minister's Network listing to connect with other ministers. The Minister's Network is a great way to stay current on the online ministry practices of others.



**Send A Daily Blog or Prayer to Your Followers** – Remember that it is important for a minister to stay in touch with his or her congregation. Keep followers on Facebook, Twitter and your website engaged by posting a daily blog or short prayer. We welcome you to visit our Universal Life Church Blog!

Online ministry outreach allows passionate ministers to build relationships with individuals around the world. Remember to update any online outreach sites and profiles regularly to maintain visitor interest. Remember that your **Internet ministry** provides a powerful way to share your faith and give back to the community.

Tags: **Blogging, Internet Ministry, Online Minister, Social Networking**
Category: **Internet Ministry** | **Comment (RSS)** | **Trackback**

---

ethanharper says:
October 25, 2018 at 5:34 am
Our mission is to follow our Lord Jesus and Our Ministry assist the people on various life problem.

Reply to this comment

## Leave A Reply

[                    ] Name (required)

[                    ] Mail (will not be published) (required)

[                    ] Website

[                                                  ]

[Submit]

          

WOZENIAK DECL. EX. C p. 2

- Home
- About Us
- Blog
- Get Ordained

- Become a Minister
- Celebrity Ministers
- FAQ

Newark, NJ 07105

Phone: 201-350-8780

Fax: 201-350-8781

Email: info@theuniversallifechurch.org

Address: 188 Jefferson Street Suite 415

Copyright @ 2020 The Universal Life Church.com All Rights Reserved.

WOZENIAK DECL. EX. C p. 3