UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE KING, *et al.*,<br><br>Defendants. | NO. C19-0301RSL<br><br>ORDER |

This matter comes before the Court on "Plaintiff's Motion to Seal." Dkt. # 92. Defendant American Marriage Ministries notified plaintiff that the deposition excerpts submitted under provisional seal do not contain Confidential or Attorney's Eyes Only material. The motion to seal was subsequently withdrawn. The Clerk of Court is therefore directed to unseal Dkt. # 93.

Dated this 24th day of June, 2020.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER - 1