UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE KING, *et al.*,<br><br>Defendants. | NO. C19-0301RSL<br><br>ORDER DENYING AMERICAN MARRIAGE MINISTRIES' MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on American Marriage Ministries' "Motion for a Protective Order Preventing Plaintiff from Seeking Testimony from American Marriage Ministries as to Certain FRCP 30(b)(6) Deposition Topics." Dkt. # 64.[1] The motion is DENIED because American Marriage Ministries ("AMM") has not shown good cause for a protective order. The Rule 30(b)(6) depositions were completed on April 15, 2020, and Universal Life Church Monastery Storehouse ("ULC") has no plans to recall AMM's witnesses. The Court will not enter an order preventing an event that neither party anticipates.

To the extent AMM seeks an evidentiary ruling regarding the admissibility of statements

---

[1] Because this matter can be resolved on the papers submitted, American Marriage Ministries' request for oral argument is DENIED.

ORDER DENYING AMERICAN MARRIAGE
MINISTRIES' MOTION FOR PROTECTIVE ORDER - 1

made by its witnesses during the Rule 30(b)(6) depositions, it has not framed the issue appropriately. A particular statement's admissibility will likely turn on the context in which the testimony was given and the reason for which it is offered. AMM may raise evidentiary objections in the summary judgment context or at trial, but it cannot use an untimely motion for protective order to erase deposition testimony or to preempt an admissibility determination.

ULC's request for an award of reasonable attorney's fees of $6,840 is GRANTED. AMM is ORDERED to pay ULC that amount within fourteen days of the date of this Order.

Dated this 13th day of July, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING AMERICAN MARRIAGE
MINISTRIES' MOTION FOR PROTECTIVE ORDER - 2