1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNIVERSAL LIFE CHURCH
MONASTERY STOREHOUSE,

          Plaintiff,

    v.

MAURICE KING, *et al.*,

          Defendants.

NO. C19-0301RSL

AMENDED CASE MANAGEMENT
ORDER

14

15

16

17

18

19

      The discovery deadline in the above-captioned matter is hereby extended to September 10, 2020, for the sole purpose of allowing defendant American Marriage Ministries to follow up on the supplemental discovery responses plaintiff was ordered to provide in Dkt. # 127. No other discovery or discovery-related motions are permitted.

20

21

      Dated this 13th day of July, 2020.

22

23

24

*MRS Lasnik*

Robert S. Lasnik
United States District Judge

25

26

27

28

AMENDED CASE MANAGEMENT ORDER - 1