1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNIVERSAL LIFE CHURCH
MONASTERY STOREHOUSE,

Plaintiff,

v.

MAURICE KING, *et al.*,

Defendants.

NO. C19-0301RSL

ORDER REGARDING AMERICAN
MARRIAGE MINISTRIES'
MOTIONS TO SEAL

This matter comes before the Court on American Marriage Ministries' motions to seal

exhibits submitted in relation to discovery motions filed by the parties. Dkt. # 74 and # 87.

Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court

finds as follows:

(1) The only issue presently before the Court is whether Exhibits 1-6 (Dkt. # 77-80 and

# 88-89) should remain under seal. Plaintiff's objections to the Court's consideration of all or

part of those documents should have been raised in its reply or sur-reply as set forth in LCR

7(g).

(2) American Marriage Ministries ("AMM") asserts that a document can be either

submitted in redacted form or sealed, but not both. Dkt. # 108 at 5 n.4. This is incorrect. Where

ORDER REGARDING MOTIONS
TO SEAL - 1

material is both confidential and important to the issue being decided by the Court, the unredacted document is filed under sealed (making all of the relevant information available for consideration), and a redacted version of the document is filed for public viewing.

(3) Having clarified those two points, the Court finds that additional input from the parties is necessary. The parties shall meet and confer regarding the entirety of Exhibits 1-6 (Dkt. # 77-80 and # 88-89), not just the 30 pages attached to the Declaration of Michael Galletch (Dkt. # 105-1). Prior to the meet and confer, plaintiff shall specifically identify any confidential information it would like redacted. If the parties are able to agree on the redactions, AMM shall file redacted versions of Exhibits 1-6 for public viewing, and Dkt. # 77-80 and # 88-89 will remained sealed. If the parties cannot agree on the redactions, they shall submit a joint statement identifying the areas of disagreement and stating their respective positions. The redacted Exhibits or the joint statement shall be filed on or before July 31, 2020.

Dated this 20th day of July, 2020.

MWS Lasnik

Robert S. Lasnik
United States District Judge

ORDER REGARDING MOTIONS
TO SEAL - 2