

EXHIBIT 6
Page 1 of 1