CONFIDENTIAL

| | |
|---|---|
| **From:** | george galaxy <george_galaxy@hotmail.com> |
| **Sent:** | Sunday, February 09, 2014 12:22 PM |
| **To:** | Brook Barngrover; Jake Wible; Jeremy Brant; Brian Wozeniak; chuck@themonastery.org |
| **Subject:** | RE: Brook Pls buy and redirect |

Hi George,

The best price I can find for the .com/net/org on that is **$27.64 x 4 yrs**. I do see the option for the .net/org/info at $17 if purchasing the .com for $8.19. Either way it works out to basically the same price. Please confirm if you would like me to proceed and if you would like me to include the .info **No "info.**

Did you want me to redirect americanweddingminister.com to americanmarriageministries.com now, even if it is not live yet? **If you can.**

I updated americanmarriageministries.org to point at ulc.org.

Sincerely,

Brook Barngrover
GoDaddy Premier Services
Monday - Wednesday 9:00am - 5:30pm | Sunday & Thursday 11:00am - 7:30pm AZ time
(480) 505-8885 ext 58936

Please contact CBoyle@GoDaddy.com with any feedback.
For quick and easy online support please go to http://help.godaddy.com

This email message and any attachment(s) hereto are intended for use only by its intended recipient(s) and may contain confidential information. If you have received this email in error, please immediately notify the sender and permanently delete the original and any copy of this message and its attachments.

---

**From:** george galaxy [mailto:george_galaxy@hotmail.com]
**Sent:** Saturday, February 08, 2014 2:04 PM
**To:** Brook Barngrover; Jake Wible; Jeremy Brant;              Brian Wozeniak; chuck@themonastery.org; Cory J
**Subject:** Brook Pls buy and redirect

americanweddingminister. (the package of (3) $17.00)
redirect to -

1. americanmarriageministries.**com  (it is not live yet)**
2.  **.net**-to-ulc.org

EXHIBIT 11 Page 1 of 2

ULC Mnstry -- 000578

CONFIDENTIAL

3. **.org**-to-themonastery.org

_____

We also own americanmarriageminister. com, org and net.  currently they all redirect to themonastery.org.
I want (2) of them to redirect to-

1. americanmarriageministries.**com  (it is not live yet)**
2. .**net**-to-ulc.org

_____


Jake and  Namrata Jha,  Insure we have the word **American wedding minister** included in the copy of our new site http://developersserver.com/Projects/g1/george-galaxy/american-marriage/

Jake and  Namrata Jha,  above the photos on the main page change, "Ordained Ministers"-to- Wedding Ministers.

I'm thinking that we need to work the word "wedding minister" in our copy on all of our sites.
George.

EXHIBIT 11 Page 2 of 2

ULC Mnstry -- 000579