ULC Monastery Mail - summary of hours

CONFIDENTIAL



**Dallas Goschie <dallas@ulc.org>**

## summary of hours
1 message

**Anthony Samaha** <anthony@themonastery.org>                                    Tue, Jul 24, 2018 at 4:11 PM
To: Brian Wozeniak <brian@themonastery.org>, George_galaxy <george_galaxy@hotmail.com>, Dallas Goschie <dallas@themonastery.org>

Hey all,

here is what I worked on, Tuesday the 24th:

-Mod duties

██████████████████

-American Marriage = fixed a few issues with the changes I made last week on all 3 sites.

███████████████████████████████████████████████████████

Have a great eve, see you tomorrow.

**Anthony Samaha**
**Front End Web Developer**
Universal Life Church Monastery
2730 1st Ave S, Seattle, WA 98134
Phone: 509-251-6717
www.themonastery.org

EXHIBIT 13 - 1 of 1

ULC Mnstry -- 000665