**Dallas Goschie** <dallas@themonastery.org>  
to ULC  
what do you have taylor working on?  
Wed, Jun 20, 2018, 12:26 PM

**ULC Content** <ben@themonastery.org>  
to Dallas  
meta descriptions for those new pages  
Wed, Jun 20, 2018, 12:26 PM

**Dallas Goschie** <dallas@themonastery.org>  
to ULC  
okay cool.  
Wed, Jun 20, 2018, 12:28 PM

**Dallas Goschie** <dallas@themonastery.org>  
to ULC  
what i think would be fun is if we had three add'l informational pages written for the three sites optimized for the terms" american marriage ministries" and "american ministries"  
Wed, Jun 20, 2018, 12:28 PM

**Dallas Goschie** <dallas@themonastery.org>  
to ULC  
just used as generic terms  
Wed, Jun 20, 2018, 12:28 PM

**Dallas Goschie** <dallas@themonastery.org>  
to ULC  
to see if we can chip away a bit at them  
Wed, Jun 20, 2018, 12:29 PM

**Dallas Goschie** <dallas@themonastery.org>  
to ULC  
not sure if you trust him to take first stab at that  
Wed, Jun 20, 2018, 12:29 PM

**ULC Content** <ben@themonastery.org>  
to Dallas  
oh that's a good idea  
Wed, Jun 20, 2018, 12:33 PM

**ULC Content** <ben@themonastery.org>  
to Dallas  
i'll let him take a shot  
Wed, Jun 20, 2018, 12:33 PM

CONFIDENTIAL

ULC Mnstry -- 000641

**EXHIBIT 19**  
**Page 1 of 1**