http://www.jonathantan.org/essays/INTAMS_Essay.pdf

http://speak2net.com/marriage-ministry-flyers/marriage-ministry-flyers-lovely-what-is-e-marriage-worth-diocese-of-kalamazoo/

https://www.arusi.org/NAMMBC.pdf

https://www.chicagotribune.com/news/ct-xpm-1996-07-05-9607050055-story.html

https://www.paysa.com/salaries/american-marriage-ministries--youth-minister

https://planning.weddingchicks.com/pro/officiants/american-marriage-ministries/629450

EXHIBIT 22 Page 1 of 1
ULC Mnstry -- 000693