IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation,<br>　　　　Plaintiff,<br>　v.<br><br>MAURICE KING, LEWIS KING, GLEN YOSHIOKA, DYLAN WALL, SARA WHITE, and AMERICAN MARRIAGE MINISTRIES, a Washington non-profit corporation,<br><br>　　　　Defendants<br>AMERICAN MARRIAGE MINISTRIES, a Washington non-profit corporation,<br>　　　　Counter-Claimant,<br>　v.<br>UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation,<br>　　　　Counter-Defendants. | Case No. 2:19-CV-00301-RAJ<br><br>**NOTICE OF ERRATA**<br><br>**The Honorable Richard A. Jones** |

Defendants and Counter-Claimants American Marriage Ministries, Maurice King, Lewis King, Glen Yoshioka, Dylan Wall, and Sara White ("Defendants") file this Errata to withdraw Exhibit 12 and to replace Exhibit 11 to the Declaration of Sheeba Roberts (Dkt. 201) and to correct a citation in Defendants' Motion for Summary Judgment on Plaintiff's Claims and

NOTICE OF ERRATA - 1
Case No. 2:19-CV-00301-RSL

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Counter Claimant American Marriage Ministries' Partial Motion for Summary Judgment on its Counterclaims (Dkt. 199) ("Motion") filed on April 15, 2021.

Defendants previously submitted the documents contained in Exhibit 12 of the Declaration of Sheeba Roberts under seal at Dkt. 89.  Accordingly, Defendants are withdrawing Exhibit 12 and hereby cite to the previously submitted documents at Dkt. 89 on page 6, line 12 and page 18, line 18 of their Motion.

Defendants withdraw Exhibit 11 Bates labeled ULC 612-746 (pending to be filed under seal) to the Declaration of Sheeba Roberts (Dkt. 201) and replace it with documents Bates labeled ULC 693-717, which are not being filed under seal.  Defendants correctly cited to Exhibit 11 in their Motion.

DATED this 27th day of April 2021.

                BETTS, PATTERSON & MINES, P.S.

By: */s/ Sheeba Roberts*
    Anne Cohen, WSBA No. 41183
    Sheeba Roberts, *Pro Hac Vice*
    Email: acohen@bpmlaw.com
           sroberts@bpmlaw.com

    Kelly A. Mennemeier, WSBA No. 51838
    Nancy V. Stephens, WSBA No. 31510
    Benjamin J. Hodges, WSBA No. 49301
    FOSTER GARVEY P.C.
    1111 Third Ave., Suite 3000
    Seattle, WA 98101-3292

    Of Attorneys for Maurice King, Lewis King, Glen Yoshioka, Dylan Wall, Sarah White, and American Marriage Ministries

NOTICE OF ERRATA - 2
Case No. 2:19-CV-00301-RSL

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, the foregoing **NOTICE OF ERRATA** was electronically filed with U.S. District Court for the Western District of Washington through the CM/ECF eFiling system.

I further certify that on April 27, 2021, I served a copy of the foregoing on:

| | |
|---|---|
| Michael P. Matesky, II<br>Matesky Law PLLC<br>4500 9th Ave., NE, Suite 300<br>Seattle, WA 98105<br>**Fax: 206-701-0332**<br>**Email: mike@mateskylaw.com**<br>**litigation@mateskylaw.com**<br>*Of Attorneys for Plaintiff* | Michael B. Galletch<br>Puget Sound Business & Litigation PLLC<br>411 University Street, Suite 1200<br>Seattle, WA 98101<br>**Fax: ---**<br>**Email: mike@psbizlit.com**<br>*Of Attorneys for Plaintiff* |
| Kelly Ann Mennemeier<br>Nancy V. Stephens<br>Benjamin J. Hodges<br>Foster Garvey P.C.<br>1111 Third Ave., Suite 3000<br>Seattle, WA 98101-3299<br>**Fax: 206-447-9700**<br>**Email: Kelly.mennemeier@foster.com**<br>**Nancy.stephens@foster.com**<br>**Ben.hodges@foster.com**<br>*Of Attorneys for American Marriage Ministries* | |

\_\_\_\_\_ by mailing to each of the foregoing a copy thereof, placed in a sealed envelope addressed as listed above and deposited in the United States mail at Portland, Oregon, and that postage thereon was fully prepaid.
\_\_\_\_\_ by facsimile transmission to the number shown above.
  X   by additional e-service through the E-Filing system, if party was registered.
  X   by courtesy email to the email addresses shown above.

                                            */s/ Carrie J. Cook*
                                            Carrie J. Cook, CP
                                            Legal Assistant/Certified Paralegal

**NOTICE OF ERRATA - 3**
**Case No. 2:19-CV-00301-RSL**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988