1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation,<br>        Plaintiff,<br>v.<br><br>MAURICE KING, LEWIS KING, GLEN YOSHIOKA, DYLAN WALL, SARA WHITE, and AMERICAN MARRIAGE MINISTRIES, a Washington non-profit corporation,<br>        Defendants | Case No. 2:19-CV-00301-RAJ<br><br>**AMENDED DECLARATION OF SHEEBA ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS AND COUNTER-CLAIMANT AMERICAN MARRIAGE MINISTRIES' PARTIAL MOTION FOR SUMMARY JUDGMENT ON ITS COUNTERCLAIMS**<br><br>**The Honorable Richard A. Jones**<br><br>**NOTING DATE: May 7, 2021**<br>**ORAL ARGUMENT REQUESTED** |
| AMERICAN MARRIAGE MINISTRIES, a Washington non-profit corporation,<br>        Counter-Claimant,<br>v.<br><br>UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation,<br>        Counter-Defendant. | |

///

///

///

**AMENDED DECLARATION OF SHEEBA ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS AND COUNTER-CLAIMANT AMERICAN MARRIAGE MINISTRIES' PARTIAL MOTION FOR SUMMARY JUDGMENT ON ITS COUNTERCLAIMS - 1**
**Case No. 2:19-CV-00301-RAJ**

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

I, Sheeba Roberts, hereby declare and affirm as follows:

1. I am an attorney at the law firm Betts, Patterson & Mines, P.S. and one of the attorneys representing Defendants Maurice King, Lewis King, Glen Yoshioka, Sara White and American Marriage Ministries ("Defendants"). I am over the age of 18, have personal knowledge of the facts stated in this declaration, and would be competent to testify to them if called to do so.

2. I submit this declaration in support of Defendants' Motion for Summary Judgment.

3. Attached as **Exhibit 1** is a true and accurate copy of excerpts from deposition testimony of Dallas Goschie, whose deposition was taken on May 15, 2020. These documents are filed under seal due to their designation by ULC as "CONFIDENTIAL" and "ATTORNEYS EYES ONLY."

4. Attached as **Exhibit 2** is a true and accurate copy of Exhibit 153 from the deposition of Dallas Goschie, whose deposition was taken on May 15, 2020.

5. Attached as **Exhibit 3** is a true and accurate copy of Exhibit 154 from the deposition of Dallas Goschie, whose deposition was taken on May 15, 2020.

6. Attached as **Exhibit 4** is a true and accurate copy of Exhibit 157 from the deposition of Dallas Goschie, whose deposition was taken on May 15, 2020.

7. Attached as **Exhibit 5** is a true and accurate copy of Exhibit 158 from the deposition of Dallas Goschie, whose deposition was taken on May 15, 2020.

8. Attached as **Exhibit 6** is a true and accurate copy of Exhibit 159 from the deposition of Dallas Goschie, whose deposition was taken on May 15, 2020.

9. Attached as **Exhibit 7** is a true and accurate copy of Exhibit 160 from the deposition of Dallas Goschie, whose deposition was taken on May 15, 2020.

///

**AMENDED DECLARATION OF SHEEBA ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS AND COUNTER-CLAIMANT AMERICAN MARRIAGE MINISTRIES' PARTIAL MOTION FOR SUMMARY JUDGMENT ON ITS COUNTERCLAIMS  - 2**
**Case No. 2:19-CV-00301-RAJ**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

10. Attached as **Exhibit 8** is a true and accurate copy of Exhibit 161 from the deposition of Dallas Goschie, whose deposition was taken on May 15, 2020.

11. Attached as **Exhibit 9** is a true and accurate copy of Exhibit 164 from the deposition of Dallas Goschie, whose deposition was taken on May 15, 2020.

12. Attached as **Exhibit 10** is a true and accurate copy of Exhibit 165 from the deposition of Dallas Goschie, whose deposition was taken on May 15, 2020.

13. Attached as **Exhibit 11** is a true and accurate copy of documents produced by ULC bates labeled ULC 693-717.

14. Attached as **Exhibit 13** is a true and accurate copy of Defendant American Marriage Ministries First Set of Requests for Admissions to Plaintiff Universal Life Church Monastery Storehouse and response thereto.

15. Attached as **Exhibit 14** is a true and accurate copy of documents produced by AMM bates labeled AMM-000226 through AMM-000310.

16. Attached as **Exhibit 15** is a true and accurate copy of documents produced by AMM bates labeled AMM-3879.  These documents are filed under seal due to their designation by AMM as "CONFIDENTIAL-ATTORNEYS EYES ONLY."

17. Attached as **Exhibit 16** is a true and accurate copy of documents produced by ULC bates labeled ULC 4759. These documents are filed under seal due to their designation by ULC as "ATTORNEYS EYES ONLY."

18. Attached as **Exhibit 17** is a true and accurate copy of documents produced by ULC bates labeled ULC 4831. These documents are filed under seal due to their designation by ULC as "ATTORNEYS EYES ONLY."

19. Attached as **Exhibit 18** is a true and accurate copy of documents produced by ULC bates labeled ULC 4835. These documents are filed under seal due to their designation by ULC as "ATTORNEYS EYES ONLY."

**AMENDED DECLARATION OF SHEEBA ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS AND COUNTER-CLAIMANT AMERICAN MARRIAGE MINISTRIES' PARTIAL MOTION FOR SUMMARY JUDGMENT ON ITS COUNTERCLAIMS  - 3**
**Case No. 2:19-CV-00301-RAJ**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

20. Attached as **Exhibit 19** is a true and accurate copy of documents produced by ULC bates labeled ULC 1609-1611.

21. Attached as **Exhibit 20** is a true and accurate copy of documents produced by AMM bates labeled AMM-3800. These documents are filed under seal due to their designation by AMM as "CONFIDENTIAL-ATTORNEYS EYES ONLY."

22. Attached as **Exhibit 21** is a true and accurate copy of documents produced by AMM bates labeled AMM-000001-03.

23. Attached as **Exhibit 22** is a true and accurate copy of Defendant American Marriage Ministries Second Set of Requests for Admissions to Plaintiff Universal Life Church Monastery Storehouse and response thereto.

24. Attached as **Exhibit 23** is a true and accurate copy of Defendant American Marriage Ministries First Set of Interrogatories and Requests for Production of Documents to Plaintiff with Plaintiff's Second Supplemental Responses.

25. I certify that on April 13, 2021, counsel for American Marriage Ministries and the Individual Defendants reached out to counsel for ULCMS regarding this summary judgment motion. Counsel for AMM provided in detail the basis for our arguments, and offered two full days of availability for a meet and confer. Even prior to the April 13, 2021, communication, Counsel for ULCMS was aware of the Defendants' intention to file a motion for summary judgment and were aware of the filing deadline. Nevertheless, Counsel for ULCMS initially stated that they were not available to meet and confer prior to the April 15, 2021, filing deadline. Counsel for AMM offered to stipulate to a one week extension of the summary judgment filing deadline and delay filing any motion if the stipulation was granted prior to the deadline if counsel for ULCMS was willing to meet and confer in good faith, but Counsel for ULCMS did not respond to this offer. Through email correspondence, Counsel for AMM and Counsel for ULCMS were able to reach agreement that ULCMS would dismiss Sara White from the case,

AMENDED DECLARATION OF SHEEBA ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS AND COUNTER-CLAIMANT AMERICAN MARRIAGE MINISTRIES' PARTIAL MOTION FOR SUMMARY JUDGMENT ON ITS COUNTERCLAIMS - 4
Case No. 2:19-CV-00301-RAJ

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

and in reliance on that agreement, Counsel for AMM will not be filing a motion for summary judgment on behalf of Ms. White.  On the afternoon of April 15, 2021, Counsel for ULCMS agreed to confer that evening regarding the remaining issues AMM had indicated it planned to raise via motion. That evening, after Counsel for ULCMS attempted to move the meet and confer to the following day, Counsel for AMM and Counsel for ULCMS met and conferred via telephone. In that meet and confer, Counsel for AMM reiterated the earlier shared arguments upon which the motions for summary judgment are based. Counsel for ULCMS proposed that the parties might be able to reach a stipulated agreement as to certain facts of the case, but expressed that he was unable to commit to stipulated facts that evening. Counsel for ULCMS did not indicate that any agreement would be possible regarding the legal conclusions to be drawn from the facts.  Counsel for AMM offered to discuss the designations of exhibits which had previously been provided to Counsel for ULCMS and which Counsel for ULCMS had previously designated as Confidential or Attorneys Eyes Only to determine whether such documents needed to be filed under seal, but Counsel for ULCMS stated that he needed to end the conferral.

      Counsel for AMM continued to confer with Counsel for ULCMS regarding the designation of exhibits to be filed under seal via email and telephone.  On April 22, 2021, Counsel for AMM conferred again via telephone with Counsel for ULCMS regarding alternatives to filing documents marked "Confidential" and/or "AEO" under seal.  The parties were able to reduce the number of documents to be filed under seal, and Defendants are accordingly filing this Amended Declaration.

///

///

///

///

///

AMENDED DECLARATION OF SHEEBA ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS AND COUNTER-CLAIMANT AMERICAN MARRIAGE MINISTRIES' PARTIAL MOTION FOR SUMMARY JUDGMENT ON ITS COUNTERCLAIMS  - 5
Case No. 2:19-CV-00301-RAJ

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**I HEREBY CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED this 27th day of April 2021.

BETTS, PATTERSON & MINES, P.S.


By: */s/ Sheeba Roberts*
Sheeba Roberts, *Pro Hac Vice*

AMENDED DECLARATION OF SHEEBA ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS AND COUNTER-CLAIMANT AMERICAN MARRIAGE MINISTRIES' PARTIAL MOTION FOR SUMMARY JUDGMENT ON ITS COUNTERCLAIMS  - 6
Case No. 2:19-CV-00301-RAJ

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, the foregoing **AMENDED DECLARATION OF SHEEBA ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS AND COUNTER-CLAIMANT AMERICAN MARRIAGE MINISTRIES' PARTIAL MOTION FOR SUMMARY JUDGMENT ON ITS COUNTERCLAIMS** was electronically filed with U.S. District Court for the Western District of Washington through the CM/ECF eFiling system.

I further certify that on April 27, 2021, I served a copy of the foregoing on:

| | |
|---|---|
| Michael P. Matesky, II<br>Matesky Law PLLC<br>4500 9th Ave., NE, Suite 300<br>Seattle, WA  98105<br>**Fax: 206-701-0332**<br>**Email:  mike@mateskylaw.com**<br>**litigation@mateskylaw.com**<br>*Of Attorneys for Plaintiff* | Michael B. Galletch<br>Puget Sound Business & Litigation PLLC<br>411 University Street, Suite 1200<br>Seattle, WA  98101<br>**Fax: ---**<br>**Email:  mike@psbizlit.com**<br>*Of Attorneys for Plaintiff* |
| Kelly Ann Mennemeier<br>Nancy V. Stephens<br>Benjamin J. Hodges<br>Foster Garvey P.C.<br>1111 Third Ave., Suite 3000<br>Seattle, WA  98101-3299<br>**Fax: 206-447-9700**<br>**Email:  Kelly.mennemeier@foster.com**<br>**Nancy.stephens@foster.com**<br>**Ben.hodges@foster.com**<br>*Of Attorneys for Maurice King, Lewis King, Glen Yoshioka, Dylan Wall, Sarah White, and American Marriage Ministries* | |

_____ by mailing to each of the foregoing a copy thereof, placed in a sealed envelope addressed as listed above and deposited in the United States mail at Portland, Oregon, and that postage thereon was fully prepaid.

_____ by facsimile transmission to the number shown above.

  X    by additional e-service through the E-Filing system, if party was registered.

  X    by courtesy email to the email addresses shown above.

*/s/ Carrie J. Cook*
Carrie J. Cook, CP
Legal Assistant/Certified Paralegal

**AMENDED DECLARATION OF SHEEBA ROBERTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS AND COUNTER-CLAIMANT AMERICAN MARRIAGE MINISTRIES' PARTIAL MOTION FOR SUMMARY JUDGMENT ON ITS COUNTERCLAIMS  - 7**
**Case No. 2:19-CV-00301-RAJ**

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988