HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNIVERSAL LIFE CHURCH
MONASTERY STOREHOUSE,

                Plaintiff,

        v.

MAURICE KING, *et al.*,

                Defendants.

Case No.  2:19-cv-00301-RAJ

**ORDER DENYING MOTION
FOR EXTENSION OF TIME**

This matter comes before the Court on Defendant and Counter-Claimant American Marriage Ministries' Motion for Extension of Time.  Dkt. # 193.

In April 2020, American Marriage Ministries ("AMM") served several subpoenas on third parties, among them Google and Microsoft.  Dkt. # 67 ¶¶ 18, 19.  Weeks later, Plaintiff Universal Life Church Monastery Storehouse ("ULC") moved to quash many of those subpoenas.  Dkt. # 66.  The Court denied the motion in part.  Dkt. # 128.  AMM was thus permitted to subpoena Google and Microsoft.  *See* Dkt. # 171 at 3.

In September 2020, AMM moved to extend the discovery deadline.  Dkt. # 163.  It said that it needed more time "to allow the third parties it subpoenaed to complete their production of documents and to take their depositions."  *Id.* at 2.  The Court granted the

ORDER – 1

motion in part, granting AMM 45 days (until January 28, 2021) to "obtain documents and testimony from Google and Microsoft in response to the subpoenas issued in the spring of [2020]." Dkt. # 171 at 3.

A week before the new discovery deadline, on January 21, 2021, AMM moved to extend the discovery deadline again. Dkt. # 179. In its previous extension request, AMM stated that it needed more time so that the third parties could *comply* with the subpoenas. Dkt. # 163. This time, AMM needed an extension so that it could *enforce* the subpoenas that it served on Google. Dkt. # 179 at 2. Specifically, it represented that the extension would "allow AMM to engage in motion practice in the Northern District of California to enforce its Subpoenas for deposition and production of documents from Google and to permit AMM to take Google's deposition." *Id.* The Court granted the extension. Dkt. # 191. The new deadline to obtain discovery from Google was March 1, 2021. *Id.*

Through the instant motion, AMM asks the Court to extend the discovery deadline yet again, from March 1, 2021 to April 1, 2021.[1] Dkt. # 193. In short, it says that it needs more time to *complete* its subpoena enforcement proceedings in the Northern District of California. *Id.*

But since filing the instant motion for extension of time, the motion has become moot. AMM's subpoena enforcement proceedings in Northern District of California have begun and ended.

On March 1, 2021, AMM initiated a subpoena enforcement proceeding in the Northern District of California. Motion to Compel, *Am. Marriage Ministries v. Google, LLC*, No. 3:21-mc-80040-SK (N.D. Cal. Mar. 1, 2021), ECF No. 1. AMM moved the court to compel Google's deposition testimony and production of documents. *Id.* On April 12, 2021, the court denied that motion in its entirety. *Am. Marriage Ministries v.*

---

[1] In its reply brief, AMM asks for an additional 14 days, for a new discovery deadline of April 15, 2021. Dkt. # 197.

ORDER – 2

*Google, LLC*, No. 3:21-mc-80040-SK, 2021 WL 1526757, at *4 (N.D. Cal. Apr. 12, 2021).  Given that AMM's motion practice in the Northern District of California has concluded and that its efforts to enforce the Google subpoena have failed, there is no need to extend the discovery deadline, and the instant motion is moot.

Thus, the Court **DENIES** AMM's Motion for Extension of Time as moot.  Dkt. # 193.


DATED this 30th day of September, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER – 3