UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation,<br><br>     Plaintiff,<br><br> v.<br><br>MAURICE KING, LEWIS KING, GLEN YOSHIOKA, DYLAN WALL, and AMERICAN MARRIAGE MINISTRIES, a Washington non-profit corporation,<br><br>     Defendants. | CASE NO. 2:19-cv-301<br><br>MINUTE ORDER ABOUT CONFIDENTIAL EXHIBITS |
| AMERICAN MARRIAGE MINISTRIES, a Washington non-profit corporation,<br><br>     Counter Claimant,<br><br> v.<br><br>UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE,<br><br>     Counter Defendants. | |

  The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

  On August 18, 2023, the Court filed a redacted order on American Marriage Ministries' motion for partial summary judgment on its counterclaims. Dkt. No. 241. Also, on August 18,

MINUTE ORDER ABOUT CONFIDENTIAL EXHIBITS - 1

2023, Courtroom Deputy Grant Cogswell emailed counsel a copy of the unredacted order. The Court directs the parties to object to any material in the order they consider confidential at or before the status hearing set for August 24, 2023, at 9:00 a.m. If the parties do not object or if the Court overrules the parties' objections, the Court will file the unredacted order.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 18th day of August 2023.

<u>Ravi Subramanian</u>
Clerk
<u>/s/ Martín Valencia</u>
Deputy Clerk

MINUTE ORDER ABOUT CONFIDENTIAL EXHIBITS - 2