UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE KING, LEWIS KING, GLEN YOSHIOKA, DYLAN WALL, and AMERICAN MARRIAGE MINISTRIES, a Washington non-profit corporation,<br><br>Defendants. | CASE NO. 2:19-cv-301<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

The Court intends to conduct voir dire remotely using the ZoomGov.com platform during the week preceding the trial. If either party objects to conducting voir dire remotely, the Court directs them to state any reasons why in a brief notice filed with the Court no later than August 31, 2023.

Trial in this case is scheduled to begin on November 13, 2023, in Courtroom 16A in the Seattle Courthouse. Knowing how to use the courtroom equipment is an expectation of jurors and the responsibility of the attorneys. The parties are encouraged to participate in an in-person

MINUTE ORDER - 1

training and technology-check session to familiarize themselves with the courtroom technology before trial. Courtroom technology training occurs at the Seattle Courthouse on the first and third Wednesday of each month.

The parties must observe the following amended protocol for handling trial exhibits: The parties must deliver one copy of their respective trial exhibits to Grant Cogswell, Courtroom Deputy, five (5) days before the trial date. Each exhibit must be clearly marked on the face of the exhibit. Each set of exhibits must be submitted in a three−ring binder with appropriately numbered tabs. The Court alters the LCR 16.1 procedure for numbering exhibits as follows: Plaintiff's exhibits should be numbered consecutively beginning with 1; Defendant's exhibits should include the prefix "A" and should be numbered consecutively beginning with A−1. Duplicate documents should not be listed twice. Once a party has identified an exhibit in the pretrial order, any party may use it. In addition, no later than seven (7) days before the trial date, the parties should send an electronic copy of all exhibits in .PDF format with Optical Character Recognition ("OCR") searchable text to Mr. Cogswell at grant_cogswell@wawd.uscourts.gov. The parties should notify the court of any physical objects or files that cannot be transmitted electronically. Exhibits must be marked as described above, and the following protocols also apply: (1) Electronic exhibits must be transmitted individually (i.e., one exhibit per file), but exhibits may have multiple pages; (2) Exhibit file names should include the exhibit number and otherwise match the descriptions listed on the joint exhibit list as closely as possible except that file names should not exceed 80 characters, e.g., Ex. 1 − Accident Scene Photo; Ex. A−1 − Email dated 4−03−23.

Finally, the Court anticipates reading a modified version of Ninth Circuit Model Instruction 1.5 – Claims and Defenses – during jury selection. To the extent the parties do not

MINUTE ORDER - 2

already plan to do so, the Court requests that they submit a modified version of Ninth Circuit Model Instruction 1.5 with their proposed jury instructions on November 6, 2023.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 24th day of August 2023.

Ravi Subramanian
Clerk

/s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 3