|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| WESTERN DISTRICT OF WASHINGTON | |
| AT SEATTLE | |

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE KING, LEWIS KING, GLEN YOSHIOKA, DYLAN WALL, and AMERICAN MARRIAGE MINISTRIES, a Washington non-profit corporation,<br><br>Defendants. | CASE NO. 2:19-cv-301<br><br>MINUTE ORDER |

On October 25, 2023, the parties filed a notice of settlement. *See* Dkt. 246. In response, the Court struck the trial date and all remaining hearing dates and deadlines. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

**MINUTE** ORDER - 1

Dated this 26th day of October, 2023.

Jamal N. Whitehead
United States District Judge

MINUTE ORDER - 2