UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE KING, LEWIS KING, GLEN,<br><br>Defendants. | CASE NO. 2:19-cv-301<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On November 28, 2023, the parties filed a joint status report. Dkt. No. 248. The parties stated they "expect to file a stipulated dismissal . . . within approximately 21 days[.]" *Id.* at 1. Accordingly, the Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 45 days of this order.

Dated this 30th day of November 2023.

MINUTE ORDER - 1

<u>Ravi Subramanian</u>
Clerk
*/s/ Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2